**Christie WYATT, Plaintiff–Appellant,**

v.

**IPKEYS TECHNOLOGIES, LLC, Defendant–Appellee.**

No. 15–2413.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2016.

Decided: May 2, 2016.

Christie Wyatt, Appellant Pro Se. Michael Earl Barnsback, Leclair Ryan, PC, Alexandria, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christie Wyatt appeals from the jury's verdict in favor of IPKeys Technologies, LLC, on her claim that she was terminated in violation of the Uniformed Services Employment and Reemployment Rights Act, 38 U.S.C. § 4311 (2012). We have considered Wyatt's arguments and reviewed the district court record and discern no reversible error. Accordingly, we affirm the district court's judgment. *Wyatt v. IPKeys Technologies, LLC,* No. 1:15–cv–00223–TSE–IDD (E.D.Va. Oct. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*